**Eugene J. KERNAN, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

**No. 15-70574**

United States Court of Appeals, Ninth Circuit.

Submitted November 16, 2016 *

Filed November 21, 2016

Eugene J. Kernan, Pro Se

Robert Joel Branman, Esquire, Richard Farber, Esquire, Supervisory Attorney, DOJ—U.S. Department of Justice, Tax Division/Appellate Section, Washington, DC, William J. Wilkins, Chief Counsel, Internal Revenue Service, Washington, DC, for Respondent-Appellee

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

Eugene J. Kernan appeals pro se from the Tax Court's decision, following a bench trial, confirming the Commissioner's determination of deficiencies and additions for tax years 2001 through 2006. We have jurisdiction pursuant to 26 U.S.C. § 7482(a). We review de novo the Tax Court's legal conclusions and for clear error its factual findings. *Johanson v. Comm'r*, 541 F.3d 973, 976 (9th Cir. 2008). We affirm.

The Tax Court properly sustained the Commissioner's determination of deficiencies and additions to Kernan's taxes for tax years 2001 through 2006. *See* 26 U.S.C. §§ 1, 6012, 6651(a), 6654.

The Tax Court did not abuse its discretion by striking Kernan's briefs because they exceeded the length limitations imposed by the court. *See Alexander Shokai, Inc. v. Comm'r*, 34 F.3d 1480, 1485 (9th Cir. 1994) (setting forth standard of review).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Thus, Kernan's requests for oral argument, set forth in his opening and reply briefs, are denied.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.